AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
FILED

*December 5, 2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Aaron Edgar/Hernandez | ) | Case No. M-22-2339-M |
| COC: USA | ) | |
| (12/6/2022 cr) | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 04, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422b | Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

Complaint authorized by AUSA Michael Mitchell
12/5/22

/s/ Stephen McCann
*Complainant's signature*

Stephen McCann, Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested telephonically as per Fed. Rules Cr. P. 4.1

Date: December 5, 2022  10:03 PM

*Judge's signature*

City and state: McAllen, Texas

Hon. Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On September 2, 2022, United States Secret Service (USSS) Special Agents (SAs) assigned to Homeland Security Investigations (HSI) led Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) received an investigative referral from USSS task force officers in Springfield, IL. The referral stated that on April 4, 2022, a father of a 13-year-old minor, (hereinafter referred to as minor victim #1 "MV1") reported to the Springfield, IL, Police Department (SPD) that MV1 sent nude images to a man in Texas and that man was threatening to disseminate the images already sent if she did not send him more nude images. SPD investigated and completed a series of reports. An internet protocol (IP) address led RGV CEITF to identify Edgar HERNANDEZ as a suspect.

On December 5, 2022, RGV CEITF contacted HERNANDEZ at Mission High School in Mission, Texas. HERNANDEZ is employed as a substitute teacher. HERNENADEZ agreed to accompany SAs to the USSS Resident Field Office in McAllen, Texas for an interview. In a post Miranda interview, HERNANDEZ admitted to soliciting MV1 for sexually explicit images and videos via the social media application Snapchat. HERNANDEZ stated that he believed MV1 to be 13 years-of-age. HERNANDEZ admitted to making written threats via Snapchat to MV1 when MV1 refused to send additional nude images and videos to HERNANDEZ. HERNANDEZ told SAs that over the last two years he has solicited over 30 minor children via the internet for nude images and video.
Receiving, or attempting to receive, child pornography is a violation of 18 United States Code Section 2252A(a)(2).

HERNANDEZ admitted that when the minor children would refuse to send nude images or video, he would threaten to expose them if they did not comply. HERNANDEZ admitted that some minors stated they would harm themselves to include suicide if HERNANDEZ exposed them. HERNANDEZ admitted, in one case, that he told the victim he "didn't care if she did" and to "go ahead because she was ugly".